**Motion Granted; Order filed June 4, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00028-CR
_____

**MARCUS DEWAYNE NICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 85th District Court
Brazos County, Texas[1]
Trial Court Cause No. 18-01753-CRF-85**

---

## ORDER

Appellant appeals his conviction for unlawful possession of a firearm by a felon. Appellant filed a motion to abate this appeal until disposition of his related appeal in cause number 10-18-00380-CR, *Marcus Dewayne Nickerson v. State.* Appellant raised issues in his appeal in this court addressing double jeopardy, which

---

[1] This appeal was transferred to this court from the Tenth Court of Appeals by order of the Supreme Court of Texas dated December 20, 2018, Misc. Docket No. 18-9166.

necessarily require resolution of his first appeal before any issues may be considered by this court. Appellant's motion is granted.

The appeal is abated and removed from this court's active docket. The appeal will be reinstated after disposition of the appeal in cause number 10-18-00380-CR in the Tenth Court of Appeals. The court will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Spain and Poissant.